IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DOUGLAS K. UHDE

                     Petitioner,                                ORDER

    v.                                                           3:07-cv-714-bbc

PAM WALLACE, Warden, THOMAS KARLEN,
Deputy Warden, MATTHEW FRANKS, Secretary
of the Department of Corrections, RICK RAEMISCH,
Secretary of the Department of Corrections, S. SALTER,
Security Director, KEN MILBECK, Corrections Unit
Manager, CHERYL WEBSTER, Corrections Unit
Manager, ROBIN BOYD, Corrections Unit Manager,
JERRY SWEENY, Corrections Unit Manager, PATRICK
LYNCH, Corrections Unit Manager, M. KASTEN,
Captain, SEMANKO, Lieutenant, MATTHEW GERBER,
Inmate Complaint Examiner, TOM GOZINSKE,
Corrections Complaint Examiner, ANDERSON,
Segregation Sgt., DORF, Sgt., KACZMAREK,
Segregation Sgt., SEICHTER, Segregation Sgt.,
KRUM, Segregation Sgt., CICHA, Corrections
Officer and TEMPSHI, Corrections Officer,

                     Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Douglas K. Uhde, a prisoner at the Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint. He asks for leave to proceed in forma pauperis. Because petitioner is a prisoner, he is subject to the 1996 Prisoner

Dockets.Justia.com

Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint in forma pauperis, petitioner will have to make an initial partial payment of the filing fee in the amount of $2.11 and the remainder of the fee in monthly installments even if his request for leave to proceed is denied. If petitioner does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that petitioner is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount petitioner must pay at this time is the $2.11 initial partial payment. Before prison officials take any portion of that amount from petitioner's release account, they may first take from petitioner's regular account whatever amount up to the full amount petitioner owes.

ORDER

IT IS ORDERED that petitioner is assessed $2.11 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $2.11 on or before January 22, 2008. If, by January 22, 2008, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court

is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 31st day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge