# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DOUGLAS K. UHDE,

    Petitioner,

v.

PAM WALLACE, Warden, THOMAS KARLEN, Deputy Warden, MATTHEW FRANKS, Secretary of the Department of Corrections, RICK RAEMISCH, Secretary of the Department of Corrections, S. SALTER, Security Director, KEN MILBECK, Corrections Unit Manager, CHERYL WEBSTER, Corrections Unit Manager, ROBIN BOYD, Corrections Unit Manager, JERRY SWEENY, Corrections Unit Manager, PATRICK LYNCH, Corrections Unit Manager, M. KASTEN, Captain, SEMANKO, Lieutenant, MATTHEW GERBER, Inmate Complaint Examiner, TOM GOZINSKE, Corrections Complaint Examiner, ANDERSON, Segregation Sgt., DORF, Sgt., KACZMAREK, Segregation Sgt., SEICHTER, Segregation Sgt., KRUM, Segregation Sgt., CICHA, Corrections Officer and TEMPSHI, Corrections Officer,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-714-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

___3/27/08_____
Date