IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DOUGLAS K. UHDE

                Petitioner,                        ORDER

     v.                                      07-cv-714-bbc

PAM WALLACE, Warden, THOMAS KARLEN,
Deputy Warden, MATTHEW FRANKS, Secretary
of the Department of Corrections, RICK RAEMISCH,
Secretary of the Department of Corrections, S. SALTER,
Security Director, KEN MILBECK, Corrections Unit
Manager, CHERYL WEBSTER, Corrections Unit
Manager, ROBIN BOYD, Corrections Unit Manager,
JERRY SWEENY, Corrections Unit Manager, PATRICK
LYNCH, Corrections Unit Manager, M. KASTEN,
Captain, SEMANKO, Lieutenant, MATTHEW GERBER,
Inmate Complaint Examiner, TOM GOZINSKE,
Corrections Complaint Examiner, ANDERSON,
Segregation Sgt., DORF, Sgt., KACZMAREK,
Segregation Sgt., SEICHTER, Segregation Sgt.,
KRUM, Segregation Sgt., CICHA, Corrections
Officer and TEMPSHI, Corrections Officer,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 26, 2008, I denied petitioner's request for leave to proceed <u>in forma pauperis</u> on his claims that respondents violated his Eighth Amendment rights by requiring

1

him to be double celled in segregation and threatened to violate his Eighth Amendment rights by requiring him to be triple celled, violated his due process rights by ordering him to be placed in a three-bed cell without a hearing and punished him for disobeying the order after an unfair hearing, retaliated against him for refusing to be placed in a three-bed cell, violated his rights to equal protection under the law by ordering that he be placed in a three-bed cell while not ordering other inmates to do the same, ands violated "federal statutes §§ 241 and 242, and State law." I dismissed petitioner's case with prejudice for his failure to state a claim upon which relief may be granted.

On April 2, 2007, petitioner moved for class certification and for appointment of counsel. Because petitioner's complaint was dismissed on March 26, 2008, his motion for class certification and appointment of counsel is moot. Therefore, the motion will be denied.

ORDER

IT IS ORDERED that petitioner's motion for class action and for appointment of counsel (Dkt. #10) is DENIED as moot.

Entered this 9th day of April, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge